IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LIPATRICK DECORTEZ ATKINSON                                              PLAINTIFF

v.                                              CIVIL ACTION NO.  3:12-cv-363-CWR-FKB

HINDS COUNTY                                                             DEFENDANT

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to the Memorandum Opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause is dismissed without prejudice for failure to comply with the Orders of the Court pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THIS the 8th day of January, 2013.

                                                      s/Carlton W. Reeves
                                                     United States District Court Judge